IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GAUBRIELLE BROWN, ISAAC HOPKINS, and ASHLEY LUTZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLUEGRASS HOSPITALITY GROUP, LLC and BLUEGRASS HOSPITALITY MANAGEMENT, LLC,<br><br>*Defendants*. | CLASS AND COLLECTIVE ACTION<br><br>CASE NO. 4:24-cv-00610-HEA<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

This matter came before the Court on the Parties' Joint Motion to Dismiss Without Prejudice. For good cause shown, the Motion is hereby GRANTED. This action is DISMISSED WITHOUT PREJUDICE in accordance with Rule 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure.

Dated this 6th day of December, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE